UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

**RICHARD FIELDS,**

Debtor.

Social Security No, xxx-xx-7112

Chapter 7

Case No. 20-10264-SHL

## CERTIFICATE OF SERVICE OF
## SUMMONS TO DEBTOR IN INVOLUNTARY CASE AND
## INVOLUNTARY PETITION AGAINST AN INDIVIDUAL

I, Harvey A. Strickon, certify that on January 30, 2020. I served the attached summons and a copy of the involuntary petition on Richard Fields, the debtor in this case:

(i) by arranging to have copies thereof mailed to him at his last known usual dwelling, place of abode and/or place where he regularly conduct his business or profession, i.e. 50 Gramercy Park North, New York, NY 10010, by first class mail postage prepaid; and in addition

(ii) by arranging to have copies thereof personally delivered to him by UPS courier for overnight delivery to the same last known address.

Proof of UPS courier delivery to the debtor in this case is also attached hereto.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 31, 2020

                                               /s/ Harvey A. Strickon
                                                  Harvey A. Strickon

                                                 Paul Hastings LLP
                                                 200 Park Avenue
                                                 New York, NY 10166

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Richard
   First name

   _____
   Middle name

   Fields
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   xxx – xx – 7 1 1 2    OR    9xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Official Form 105    Involuntary Petition Against an Individual    page 1

Debtor **Richard Fields**      Case number (if known)_____

**6. Debtor's address**

**Principal residence**

50 Gramercy Park North
Number    Street

New York      NY    10010
City      State    ZIP Code

County

**Principal place of business**

Number    Street

City      State    ZIP Code

County

**Mailing address, if different from residence**

Number    Street

City      State    ZIP Code

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor_____ Relationship_____
District_____ Date filed_____ Case number, if known_____
                           MM / DD / YYYY

Debtor_____ Relationship_____
District_____ Date filed_____ Case number, if known_____
                           MM / DD / YYYY

Official Form 105        Involuntary Petition Against an Individual        page **2**

Debtor   Richard Fields                                   Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Fisher Brothers Financial and Development Company LLC | Judgment entered February 19, 2019 with N.Y. Co. Clerk | $ 2,723,085.56 |
| | | $ |
| | | $ |
| | Total | $ 2,723,085.56 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

| Debtor | Richard Fields | Case number (if known) |
|---|---|---|

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _(signature)_

Signature of petitioner or representative, including representative's title

**Kenneth Fisher, Manager**
Printed name of petitioner

Date signed  01/29/2020
             MM / DD / YYYY

**Mailing address of petitioner**

299 Park Avenue, 42nd Floor
Number   Street

New York                    NY        10171
City                         State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City            State        ZIP Code

**Attorneys**

X _(signature)_

Signature of attorney

**Harvey A. Strickon**
Printed name

**Paul Hastings LLP**
Firm name, if any

200 Park Avenue
Number   Street

New York                    NY        10166
City                         State     ZIP Code

Date signed  01/29/2020
             MM / DD / YYYY

Contact phone 212-318-6380    Email _____

Official Form 105    Involuntary Petition Against an Individual    page 4

Debtor   <u>Richard Fields</u>   Case number *(if known)*_____

✗ _____   ✗ _____
Signature of petitioner or representative, including representative's title   Signature of Attorney

Printed name of petitioner   Printed name

Date signed  __ / __ / ____
         MM / DD / YYYY   Firm name, if any

**Mailing address of petitioner**   Number   Street

Number   Street   City   State   ZIP Code

City   State   ZIP Code   Date signed  __ / __ / ____
                                    MM / DD / YYYY

                            Contact phone _____   Email _____

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City   State ZIP Code


✗ _____   ✗ _____
Signature of petitioner or representative, including representative's title   Signature of Attorney

Printed name of petitioner   Printed name

Date signed  __ / __ / ____
         MM / DD / YYYY   Firm name, if any

**Mailing address of petitioner**   Number   Street

Number   Street   City   State   ZIP Code

City   State   ZIP Code   Date signed  __ / __ / ____
                                    MM / DD / YYYY

                            Contact phone _____   Email _____

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City   State   ZIP Code


Official Form 105   Involuntary Petition Against an Individual   page 5

**Diele, Kathryn**

---

**To:** Strickon, Harvey
**Subject:** FW: [EXT] UPS Delivery Notification, Tracking Number 1ZA6T1630195007834

---

**PAUL HASTINGS**

**Kathryn Diele | Client Service Specialist**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6705
+1.212.318.6000 | Fax: +1.212.319.4090 | kathryndiele@paulhastings.com |
www.paulhastings.com

**From:** UPS Quantum View <pkginfo@ups.com>
**Sent:** Friday, January 31, 2020 9:52 AM
**To:** Diele, Kathryn <KathrynDiele@paulhastings.com>
**Subject:** [EXT] UPS Delivery Notification, Tracking Number 1ZA6T1630195007834

**--- External Email: Do not open attachments or click links from unknown senders ---**



**Your package has been delivered.**

**Delivery Date:** Friday, 01/31/2020
**Delivery Time:** 09:48 AM

1

| | | |
|---|---|---|
| **Set Delivery Instructions** | **Get Free Alerts** | **View Delivery Planner** |

At the request of PSShip this notice alerts you that the status of the shipment listed below has changed.

# Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1ZA6T16301950007834 |
| **Ship To:** | Richard Fields<br>50 GRAMERCY PARK N<br>NEW YORK, NY 10010<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Package Weight:** | 0.0 LBS |
| **Delivery Location:** | RESIDENTIAL |
| **Signed by:** | DEAN |
| **Reference Number 1:** | 40592.00521, |
| **Reference Number 2:** | HAS Strickon, Harvey |

Download the UPS mobile app

© 2020 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

2